# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| KELLY FLOCKHART, | No. 17-CV-4019 MWB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER LIFTING STAY** |
| SYNCHRONY BANK, | |
| Defendant. | |

This case was stayed by a Court order on August 1, 2017, pending a decision from the Court of Appeals of the D.C. Circuit in *ACA Int'l v. FCC*, No. 15-1211 (D.C. Cir.). The parties filed a Joint Status Report and Request to Reopen on March 27, 2018, (Doc. 22), notifying this Court that the D.C. Circuit has released its opinion in *ACA Int'l* and the parties are discussing the possibility of arbitrating this matter. The parties state they will update the Court in thirty (30) days on the status of their arbitration.

**IT IS ORDERED** the stay placed on this case on August 1, 2017, is lifted. The parties are directed to submit a proposed scheduling order and discovery plan to the Court on or before April 30, 2018.

**IT IS SO ORDERED** this 29th day of March, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa