# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| KELLY FLOCKHART, | |
| Plaintiff, | |
| vs. | Case No. 5:17-cv-04019-MWB |
| SYNCHRONY BANK, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Kelly Flockhart ("Plaintiff"), by counsel, and Defendant Synchrony Bank ("Synchrony"), by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the entry of an order dismissing this action <u>without</u> prejudice, with each side to bear its own fees, costs, and expenses. The parties having stipulated hereto, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED THAT the above-captioned action is hereby dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own fees and costs.

SO ORDERED.

_____
C.J. Williams
Chief United States Magistrate Judge

Respectfully submitted,

| | |
|---|---|
| */s/ J.D. Haas* | */s/ Michael A. Dee* |
| J.D. Haas | Michael A. Dee, AT0002043 |
| JD HAAS & ASSOCIATES, PLLC | Benjamin R. Merrill, AT0009789 |
| 9801 Dupont Ave., Ste #430 | BROWN, WINICK, GRAVES, GROSS, |
| Minneapolis, Minnesota 55431 | BASKERVILLE & SCHOENEBAUM, P.L.C. |
| Telephone: (952) 345-1025 | 666 Grand Avenue, Suite 2000 |
| Email: jdhaas@jdhaas.com | Des Moines, IA 50309-2510 |
| | Telephone: (515) 242-2400 |
| **ATTORNEY FOR PLAINTIFF,** | Facsimile: (515) 323-8575 |
| **KELLY FLOCKHART** | Email: md@brownwinick.com |
| | Email: merrill@brownwinick.com |
| | |
| | **ATTORNEYS FOR DEFENDANT,** |
| | **SYNCHRONY BANK** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of April, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Lauren M. Bunce*
Lauren M. Bunce